Puretz v Fannie Mae (2024 NY Slip Op 06228)

Puretz v Fannie Mae

2024 NY Slip Op 06228

Decided on December 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
WILLIAM G. FORD
JANICE A. TAYLOR, JJ.

2021-01435
 (Index No. 152548/19)

[*1]Aron Puretz, et al., respondents,
v
Fannie Mae, etc., defendant, 382 Bartlett, LLC, appellant.

Abrams Fensterman, LLP, White Plains, NY (Robert A. Spolzino and Lisa Colosi Florio of counsel), for appellant.
Menashe & Lapa, LLP, Montebello, NY (Chezki Menashe of counsel), for respondents.

DECISION & ORDER
In an action, inter alia, pursuant to RPAPL article 15 to quiet title to real property, the defendant 382 Bartlett, LLC, appeals from an order of the Supreme Court, Richmond County (Wayne M. Ozzi, J.), dated January 29, 2021. The order, insofar as appealed from, denied that branch of the motion of the defendant 382 Bartlett, LLC, which was pursuant to CPLR 3025(b) for leave to amend its answer.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Puretz v Fannie Mae, ____ AD3d ____ [Appellate Division Docket Nos. 2020-08304, 2020-08307; decided herewith]).
DUFFY, J.P., WOOTEN, FORD and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court